**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**LAUNDRY, CLEANING & LINEN WORKERS UNION, LOCAL 218, LAUNDRY, DRY CLEANING & DYE HOUSEWORKERS INTERNATIONAL UNION, Respondent.**

No. 14257.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1960.

Richard J. Scupi, National Labor Relations Board, Washington, D. C., Stuart Rothman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, and Allison W. Brown, Jr., Attorneys, National Labor Relations Board, Washington, D. C., on brief, for petitioner.

Robert L. Mitchell, Atlanta, Ga., for respondent.

Before McALLISTER, Chief Judge, and MARTIN and WEICK, Circuit Judges.

ORDER.

This case has been heard and considered upon the petition of the National Labor Relations Board for enforcement of its order, directed against the respondent union;

And it appearing from the record in the case that the findings of fact of the National Labor Relations Board are supported by substantial evidence, and that the conclusions of law of the Board upon which its order was based are soundly reasoned;

The order of the Labor Board is directed to be enforced in entirety.

**George R. DEMPSTER and Dempster Brothers, Inc., Plaintiffs-Appellants,**

v.

**PERFECTION STEEL BODY CO. et al., Defendants-Appellees.**

**PERFECTION STEEL BODY CO. et al., Defendants-Cross-Appellants,**

v.

**George R. DEMPSTER and Dempster Brothers, Inc., Plaintiffs-Cross-Appelees.**

Nos. 14105, 14106.

United States Court of Appeals
Sixth Circuit.

Dec. 28, 1960.

J. Preston Swecker, Washington, D. C., Swecker & Mathis, Washington, D. C., Anderson & Snepp, Knoxville, Tenn., Bruce B. Krost, Woodling, Krost, Granger & Rust, Cleveland, Ohio, on brief, for George R. Dempster et al.

Robert Poore and Fred Ornstein, Cleveland, Ohio, Isler & Ornstein, Cleveland, Ohio, and Jones, Day, Cockley & Reavis, Cleveland, Ohio, on brief, for Perfection Steel Body Co. et al.

Before McALLISTER, Chief Judge, and MILLER and WEICK, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties and arguments of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed upon the opinion, findings of fact and conclusions of law of Judge Jones, 182 F.Supp. 307.